UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| CLEVE EASTERLING | ) | |
| | ) | Civil Action No. 1:20-CV-182-GNS |
| Plaintiff | ) | **ELECTRONICALLY FILED** |
| v. | ) | |
| | ) | |
| | ) | |
| WILLIAM J. JONES and | ) | |
| OLD DOMINION FREIGHT LINE, INC. | ) | Removed from: |
| | ) | Warren Circuit Court |
| Defendants | ) | Case No. 20-CI-01117 |

## NOTICE OF REMOVAL

Come the Defendants, William J. Jones and Old Dominion Freight Line, Inc., by counsel, and for their Notice of Removal of this action from the Warren Circuit Court, to the United States District Court for the Western District of Kentucky, Bowling Green Division, and state as follows:

1. On September 28, 2020, the Plaintiff Cleve Easterling filed a Complaint in Warren Circuit Court, as Civil Action No. 20-CI-01117. Copies of all process and pleadings in the state court action are attached hereto as Exhibit A in accordance with 28 U.S.C. §1446(a).

2. Plaintiff Cleve Easterling is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, a citizen and resident of the Commonwealth of Kentucky.

3. Defendant William J. Jones is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, an individual resident and citizen of the Tennessee.

4. Defendant Old Dominion Freight Line, Inc. is and was at all times relevant hereto,

including at the time of the filing of this notice of removal, and at the commencement of the state court action, a corporation incorporated and existing under the laws of the State of Virginia and having its principal place of business in North Carolina. Therefore, Old Dominion Freight Line, Inc. is a citizen of both Virginia and North Carolina.

5. Based on the allegations raised in the Complaint and pre-suit negotiations, the Intervening Plaintiff Easterling is seeking excess of $75,000.00, exclusive of interest and costs, for the following:

   a. Past and future medical expenses;

   b. Past and future pain and suffering;

   c. Lost wages;

   d. impairment in his ability to earn money; and

   e. punitive damages

*See Plaintiff's Complaint*.

6. This action is one over which the Court has original jurisdiction under 28 U.S.C. §1332(a)(1), and is one which the Defendants may remove to this Court under 28 U.S.C. §1441(a), because this is an action between citizens of different states, and the amount in controversy exceeds $75,000.00.

7. This Notice of Removal is filed within thirty (30) days of service on Defendants of the initial pleading and summons, as required by 28 U.S.C. §1446(b).

8. This Notice of Removal is filed within one year of the commencement of the state court action, which was filed on or about September 28, 2020, as required by 28 U.S.C. §1446(c).

Respectfully Submitted,

*/s/ Rebecca L. Burroughs*
GENE F. ZIPPERLE, JR.
REBECCA L. BURROUGHS
WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
*Counsel for Defendant William Jones and Old Dominion Freight Line, Inc.*

## CERTIFICATE

I hereby certify that on the 23rd day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

Justin B. May, Esq.
Lindsey Goetz, Esq.
4917 Dixie Highway
Suite L
Louisville, KY 40216
jmay@dixielawgroup.com
bweber@dixielawgroup.com
lgoetz@dixielawgroup.com
(502) 290-2397 - Telephone
(502) 449-9774 – Fax
*Counsel for the Plaintiff*

*/s/ Rebecca L. Burroughs*
GENE F. ZIPPERLE, JR.
REBECCA L. BURROUGHS
*Counsel for Defendant William Jones and Old Dominion Freight Line, Inc.*