## COMMONWEALTH OF KENTUCKY
## WARREN CIRCUIT COURT
## CIVIL ACTION NO. _____

*ELECTRONICALLY FILED*

**CLEVE EASTERLING**                                                                      **PLAINTIFF**

vs.            **COMPLAINT AND DEMAND FOR JURY TRIAL**

**WILLIAM J. JONES**
**50 Hickory Hollow Place**
**Antioch, TN 37013-3011**

      **SERVE: Kentucky Secretary of State**
         **via KRS 188.020**

**and**

**OLD DOMINION FREIGHT LINE, INC.**                                               **DEFENDANTS**
**500 Old Dominion Way**
**Thomasville, NC 27360**

      **SERVE: Registered agent via certified mail:**
        **S&H Lexington**
        **250 West Main St, Suite 2300**
        **Lexington, KY 40507**

\* \* \* \* \*

Comes now the Plaintiff, Cleve Easterling, by and through counsel, and for his first cause of action against the Defendants, William J. Jones and Old Dominion Freight Line, Inc., and in support of the same, states as follows:

1. The plaintiff, Cleve Easterling, is a resident of Kentucky.

2. At all times relevant hereto, Defendant, William J. Jones (hereinafter "Jones"), was a citizen of Antioch, Davidson County, Tennessee.

3. At all times relevant hereto, Defendant, Old Dominion Freight Line, Inc., was and remains registered with the Federal Motor Carrier Safety Administration with a USDOT number

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000001 of 000005

Filed          20-CI-01117     09/28/2020          Brandi Duvall, Warren Circuit Clerk

ORIGINAL DOCUMENT
10/21/2020 10:23:07 AM
81357-3

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000002 of 000005

of 90849 and is, upon information and belief, a corporation organized and existing under the laws of the State of Virginia with its principal place of business in Thomasville, Davidson County, North Carolina, thereby making it a citizen of North Carolina.

4. At all relevant times, Defendant Jones was the employee, agent, servant, and/or statutory employee for Defendant Old Dominion Freight Line, Inc., operating for the benefit of, in furtherance of the interests of, and/or within the course and scope of his employment with Defendant Old Dominion Freight Line, Inc. Accordingly, Defendant Old Dominion Freight Line, Inc., is vicariously liable for the acts of Defendant Jones.

5. As the actions complained of occurred within Warren County and as the amount in controversy is in excess of the jurisdictional minimum, the Warren Circuit Court has both proper jurisdiction and venue.

6. On June 9, 2018, at approximately 9:20 a.m., Defendant Jones was driving a 2016 Volvo VNL tractor westbound in the left-hand lane on Interstate Drive in Bowling Green, Warren County, Kentucky.

7. Upon information and belief, the tractor was owned by and being operated on behalf of Defendant Old Dominion Freight Line, Inc.

8. At the same time, Cleve Easterling was traveling westbound on Interstate Drive in the right-hand lane.

9. William J. Jones attempted to merge into the right-hand lane.

10. William J. Jones' truck crashed into Cleve Easterling's vehicle.

11. Cleve Easterling had the right-of-way and William J. Jones chose not to observe Cleve Easterling's vehicle's superior right-of-way.

Filed          20-CI-01117     09/28/2020          Brandi Duvall, Warren Circuit Clerk

12. William J. Jones owed a duty to Cleve Easterling to operate his vehicle in a careful manner and/or maintain control of his vehicle at all times, with regard for the safety and convenience of other vehicles upon the highway.

13. William J. Jones breached his duties to exercise care toward Cleve Easterling and the traveling public.

14. William J. Jones violated safety statutes during the operation of his truck.

15. The actions of the defendant, William J. Jones, were a substantial factor in causing the wreck, in violation of those aforementioned safety statutes.

16. Cleve Easterling is a member of a protected class of individuals whose injuries are the kind the statutes were enacted to prevent.

17. As such, William J. Jones is negligent *per se* for his actions mentioned herein.

18. Cleve Easterling has been severely injured as a result of William J. Jones' breach of his duties.

19. William J. Jones was employed by Old Dominion Freight Line, Inc., at the time of the crash.

20. William J. Jones was acting on behalf of and/or in the best interest of Old Dominion Freight Line, Inc., and was in the course and scope of said employment when the crash occurred.

21. As a result of their employment relationship, Old Dominion Freight Line, Inc., should be held vicariously liable for any and all damages sustained as a result of William J. Jones' negligent and/or reckless actions.

22. Old Dominion Freight Line, Inc., had a duty to hire qualified drivers.

23. Old Dominion Freight Line, Inc., had a duty to hire safe drivers.

24. Old Dominion Freight Line, Inc., had a duty to retain only qualified and safe drivers.

25. Old Dominion Freight Line, Inc., had a duty to inspect and/or keep in good repair its commercial motor vehicles.

26. Old Dominion Freight Line, Inc., breached its duty of care when its brakes and wheels were not adequately serviced, leading to the failure of one side.

27. Cleve Easterling is entitled to punitive damages as a result of any willful actions of the defendants that were a substantial factor in causing the crash.

28. Cleve Easterling is entitled to punitive damages as a result of the defendants' reckless disregard for the rights, lives, and safety of the traveling public, including his own, that were a substantial factor in causing the crash.

WHEREFORE, the Plaintiff prays for the following:

A. A trial by jury.

B. Cleve Easterling hereby demands compensatory damages for any past and future medical expenses, any past and future pain and suffering, any lost wages, and any impairment in his ability to earn money in the future.

C. Punitive damages against William J. Jones and Old Dominion Freight Line, Inc., for any willful and/or reckless actions that contributed to the crash.

D. Costs herein expended.

E. Any and all other relief The Court deems just and proper.

Filed        20-CI-01117      09/28/2020        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
10/21/2020 10:23:07 AM
81357-3

Respectfully submitted,

/s/ Lindsey C. Goetz

_____
Justin B. May, Esq.
Lindsey Goetz, Esq.
4917 Dixie Highway
Suite L
Louisville, KY 40216
jmay@dixielawgroup.com
lgoetz@dixielawgroup.com
(502) 290-2397 - Telephone
(502) 449-9774 - Fax
*Counsel for Plaintiff*

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000005 of 000005

Filed        20-CI-01117      09/28/2020      5     Brandi Duvall, Warren Circuit Clerk